Scott Hervey, California State Bar No. 180188
Julie L. Harlan, California State Bar No. 191902
**WEINTRAUB GENSHLEA CHEDIAK**
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
Telephone:    916/558-6000
Facsimile:    916/446-1611

Attorneys for Defendants
Arthur Andrew Medical, Inc.,
Justin Marsh, and Tom Aldrich

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDIS REVIN NUTRACEUTICALS,<br><br>         Plaintiff,<br><br>    vs.<br><br>ARTHUR ANDREW MEDICAL, INC.; JUSTIN MARSH, and TOM ALDRICH,<br><br>         Defendants. | Case No. 2:06-CV-02114 FCD GGH<br><br>**DEFENDANTS' REQUEST TO FILE SUPPLEMENTAL DECLARATIONS IN SUPPORT DEFENDANTS' MOTION TO SET ASIDE DEFAULTS AND FOR SANCTIONS;] ORDER**<br><br>Date:   January 26, 2007<br>Time:   10 a.m.<br>Dept:   Courtroom No. 2,<br>            The Hon. Frank C. Damrell |

Defendants respectfully request permission to file the accompanying Supplemental Declaration of Julie L. Harlan in Support of Defendants' Motion to Set Aside Defaults and for Sanctions setting forth newly discovered facts evincing that Mr. Hicks has, in the past, obtained a default judgment without having served the defendant with copies of the summons and complaint in an action.

///

///

///

1   Defs' Request to File Supp. Decls. ISO Motion to Set Aside Defaults and for Sanctions; Order
Case No. 2:06-CV-02114 FCD GGH

In addition, in the event the Court will consider plaintiff's Sur-Reply, defendants respectfully request permission to file the accompanying Supplemental Declaration of Justin Marsh in Support of Defendants' Motion to Set Aside Default and for Sanctions.

Dated:  January 25, 2007

Respectfully submitted,

**WEINTRAUB GENSHLEA CHEDIAK**
Law Corporation

By: _____
       Julie L. Harlan
       State Bar No. 191902

Attorneys for Defendants Arthur Andrew Medical, Inc., Justin Marsh, and Tom Aldrich

<u>ORDER</u>

IT IS SO ORDERED.

Dated:  January 25, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE